**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02429-CMA

BRENDA ROBBINS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on February 12, 2015 it is

    ORDERED that the ALJ's denial of social security disability benefits is AFFIRMED.  It is

    FURTHER ORDERED that each party shall bear its own costs and attorney fees.

    Dated at Denver, Colorado this 13th day of February, 2015.

                                             FOR THE COURT:
                                             JEFFREY P. COLWELL, CLERK

                                        By:  s/   A. Thomas

                                               Deputy Clerk